UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

CIVIL ACTION NO. 2013-197 (WOB-CJS)

EMMA JEANETTE COMBS                                    PLAINTIFF


VS.                         ORDER


CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY                        DEFENDANT


        This matter is before the Court on the Report and
Recommendation of the United States Magistrate Judge (Doc. 17),
and there being no objections filed thereto, the Court being
advised,

        **IT IS ORDERED** that the Report and Recommendation (Doc. 17)
is hereby **adopted** as the findings of fact and conclusions of law
of this Court; that defendant's motion for summary judgment
(Doc. 16) is **denied;** that plaintiff's motion for summary
judgment (Doc. 15) is **granted in part** as to plaintiff's request
for a reversal of the Commissioner's decision and remand, and
**denied in part** to the extent plaintiff requests a court-ordered
award of benefits; that a judgment shall be entered reversing
the Decision and remanding this matter under sentence four of 42
U.S.C. §405(g), with instructions to the ALJ to reconsider the
plaintiff's allegations of mental impairment and the impact of

any medically determinable mental impairments at each of the sequential steps of the disability analysis.

This 8th day of April, 2015.



Signed By:

**_William O. Bertelsman_** *WOB*

**United States District Judge**